**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6439**

———————

WILLIAM AUSTON CASH,

Plaintiff - Appellant,

v.

DOCTOR THOMAS; LIEUTENANT CLAWSON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of South Carolina, at Greenville. David C. Norton, District Judge. (6:12-cv-01278-DCN-KFM)

———————

Submitted: June 20, 2013          Decided: June 26, 2013

———————

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William Auston Cash, Appellant Pro Se. Erin Farrell Farthing, MCKAY, CAUTHEN, SETTANA & STUBLEY, PA, Columbia, South Carolina; Justin Tyler Bagwell, William Henry Davidson, II, DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Auston Cash appeals the district court's order adopting the magistrate judge's recommendation to deny Cash's request for injunctive relief in the form of a court order directing his transfer to a federal medical facility for dental evaluation and treatment. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Cash's informal brief does not challenge the basis for the district court's disposition, Cash has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2